

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-17-00359-CV

_____

EDGEFIELD HOLDINGS, LLC AS ASSIGNEE OF REGIONS BANK, Appellant

V.

KENNETH J. GILBERT, HELEN K. GILBERT, CHANDLER ESTATES, LTD.,
AND PARKER COUNTY REAL ESTATE INVESTMENTS, INC., Appellees

On Appeal from the 43rd District Court
Parker County, Texas
Trial Court No. CV16-0784

Before Meier, Gabriel, and Pittman, JJ.
Per Curiam Supplemental Memorandum Opinion

**SUPPLEMENTAL MEMORANDUM OPINION AND JUDGMENT**

We issued an opinion in this case on September 20, 2018, affirming the trial court's judgment. No motion for rehearing was filed. On October 10, 2018, the parties filed an agreed motion to dismiss the appeal, requesting that we tax costs against the party incurring same. *See* Tex. R. App. P. 42.1(a)(2), (d).

We grant the agreed motion to dismiss, vacate our September 20, 2018 judgment, dismiss the appeal, and order the parties to bear their own costs of appeal. The parties have not requested that we withdraw our September 20, 2018 opinion, and we do not do so. *See* Tex. R. App. P. 42.1(c) ("In dismissing a proceeding, the appellate court will determine whether to withdraw any opinion it has already issued. An agreement or motion for dismissal cannot be conditioned on withdrawal of the opinion.").

Per Curiam

Delivered: October 25, 2018